## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRZYSZTOF WRZESINSKI, | ) | CIVIL ACTION |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| *Defendant* | ) | NO. 22-cv-03568 |

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I, Joseph R. Viola, Esquire, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am the attorney of record for the Plaintiff herein and that I caused a true and correct copy of the Summons and Complaint in the above-captioned matter to be served upon the Defendant The United States of America by serving same on (1) the United States Attorney's Office for the Eastern District of Pennsylvania, Civil Division, and (2) the Attorney General of the United States, in care of the Assistant Attorney for Administration, Justice Management Division, U.S. Department of Justice, by certified first class mail, postage prepaid, return receipt requested addressed as follows:

> U.S. Attorney's Office
> Eastern District of Pennsylvania
> Civil Division
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106
>
> Assistant Attorney for Administration
> Justice Management Division
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

This method of service is in compliance with Fed. R. Civ. P. 4(i)(1)(A)(ii) and 4(i)(1)(B), respectively. True and correct copies of both sides of each United States Postal Service

Domestic Return Receipts (PS Form 3811) indicating receipt by the Defendant of the Summons and Complaint are attached hereto as Exhibits "A" and "B," respectively.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2022.

_____
JOSEPH R. VIOLA, ESQUIRE



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney's Office
   Eastern District of Pennsylvania
   Civil Division
   615 Chestnut Street, Suite 1250
   Philadelphia, PA 19106

   9590 9402 5567 9274 3582 78

2. Article Number *(Transfer from service label)*

   7020 2450 0000 7773 5780

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   *[USPS stamp: US DEPT. OF JUSTICE / US ATTORNEY ED OF PA / 2022 SEP 19 P 2]*

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5567 9274 3582 78

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

> JOSEPH R. VIOLA, P.C.
> A PROFESSIONAL CORPORATION
> 1515 MARKET STREET
> SUITE 1200
> PHILADELPHIA, PA 19102

102-193200

**EXHIBIT "A"**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Assistant Attorney for Administration
Justice Management Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 5567 9274 3582 61

2. Article Number (Transfer from service label)
0 2450 0000 7773 5797

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
B. Received by (Printed Name)
D. Is delivery address different from item 1? If YES, enter delivery address below:

SEP 1 9 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority
☐ Registered
☐ Registered Delivery
☒ Return Receipt Merchandise
☐ Signature
☐ Signature Restricted

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic

USPS TRACKING #

9402 5567 9274 3582 61

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

JOSEPH R. VIOLA, P.C.
A PROFESSIONAL CORPORATION
1515 MARKET STREET
SUITE 1200
PHILADELPHIA, PA 19102



EXHIBIT "B"