IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRZYSZTOF WRZESINSKI,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| *Defendant.* | : | **NO. 22-cv-03568** |

**O R D E R**

**AND NOW,** this 7th day of March 2023, after review of the docket and upon consideration of Defendant's Status Report in Lieu of Answer (ECF No. 11), it is hereby **ORDERED** that a Status Report shall be filed on or before May 4, 2023 at Noon.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**