IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

KRZYSZTOF WRZESINSKI,

      Plaintiff,

      v.

UNITED STATES OF AMERICA,

      Defendant.

)
)
)
)
)   Case No. 2:22-cv-03568
)
)
)
)
)
)
)

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  March 30, 2023

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States of America*

Dated:  March 30, 2023

*/s/ Joseph R. Viola*
Joseph R. Viola
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 854-6310
Jrviola@comcast.net
*Attorney for Krzysztof Wrzesinski*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

all registered to receive notice.

/s/ Gokce T. Yurekli
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice